IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BROADBAND OFFICE, INC., <br><br> Plaintiff, <br><br> v. <br><br> SBC COMMUNICATIONS, INC. formerly Known as Ameritech, Ameritech Illinois, Ameritech Indiana, Ameritech Michigan Ameritech Ohio and Ameritech Wisconsin, <br><br> Defendant. | Civil Action No. 04-412 (GMS) <br><br><br> (Bankruptcy Case No. 01-1720 (GMS) <br> In re BroadBand Office, Inc. |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

The plaintiff Broadband Office, Inc. ("Plaintiff") and the above captioned defendant, SBC Communications, et al. ("Defendant") hereby stipulate to the dismissal of the above-captioned civil action with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(ii), made applicable in this adversary proceeding by Fed. R. Bankr. P. 7041, with each party to bear its own attorneys' fees and costs.

WERB & SULLIVAN

BY: _____
Brian A. Sullivan (DE #2098)
Amy D. Brown (DE #4077)
300 Delaware Avenue, 13th Floor
P. O. Box 25046
Wilmington, DE 19899
Telephone: (302) 652-1100
Facsimile: (302) 652-1111

*Attorneys for Plaintiff, Broadband Office, Inc.*

POTTER ANDERSON & CORROON LLP

BY: _____
Elihu Ezekiel Allinson, III (DE #3476)
1313 N. Market Street
P.O. Box 951
Wilmington, DE 19899
Telephone: (302) 984-6000
Fax: (302) 658-1192

*Attorneys for Defendant SBC Communications, Inc., et al.*

PA&C-681131